IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NATHANIEL STILLWELL and
MICHAEL HOWARD, individually and
on behalf of all others similarly situated                    PLAINTIFFS

v.                          No. 4:19-cv-799-DPM

BESTWAY RENTAL, INC.;  JOHN DOE;
and LIBERTY MUTUAL FIRE
INSURANCE COMPANY                                             DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.   The Court retains jurisdiction until 28 October 2021 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

_4 October 2021_